■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER HALL, Appellant. [812 NYS2d 324]—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on or about April 1, 2004, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Andrias, J.P., Saxe, Nardelli, Catterson and Malone, JJ.

(April 18, 2006)

■ MAGAZINES UNLIMITED et al., Respondents, v NEIL BRODY et al., Appellants, et al., Defendants. [812 NYS2d 353]—Order, Supreme Court, New York County (Marilyn Shafer, J.), entered December 16, 2004, which, to the extent appealed from, denied the attorney defendants' motion to dismiss the remaining cause of action in the complaint, unanimously affirmed, without costs.

Defendants, seeking the benefit of collateral estoppel and res judicata, failed to demonstrate that the issue and claim for conversion raised in the instant action had necessarily been decided in the prior action against plaintiffs, or that plaintiffs had a full and fair opportunity to litigate the issue (*see Gramatan Home Invs. Corp. v Lopez*, 46 NY2d 481, 485 [1979]).

We have reviewed the parties' requests for sanctions and reject them. Concur—Buckley, P.J., Friedman, Marlow and Nardelli, McGuire JJ.